TOICHI KAWAUCHI AND MATSU KAWAUCHI *v.*
ICHIRO TABATA, MITSUYE TABATA, DAVID
PANG, BETTY PANG, COOKE TRUST COMPANY,
LIMITED, AS EXECUTOR OF THE ESTATE OF
RICHARD KAINUMA, DECEASED, MILDRED
KAINUMA, WILFRED OHTA, OKIMI YAE OHTA,
EDWARD YAMADA, ALBERT YAMADA, VER-
NON NUNOKAWA, CHIYO NUNOKAWA, ISAAC
KAWASAKI, TOKI KAWASAKI, KAZUO MIYA-
MOTO, SEIKO MIYAMOTO, HONG CHONG
CHANG, LORRAINE CHANG, BISHOP TRUST
COMPANY, LIMITED, AS EXECUTOR OF THE
ESTATE OF CLARENCE KUSUNOKI, DE-
CEASED, BISHOP TRUST COMPANY, LIMITED,
AS EXECUTOR OF THE ESTATE OF MEREDITH
KUSUNOKI, DECEASED, AND FIRST NATION-
AL BANK.

No. 4399.

April 21, 1966.

Wirtz, Lewis, Mizuha, JJ., Circuit Judge King in
Place of Cassidy, J., Disqualified, and
Circuit Judge Kitaoka, Assigned
By Reason of Vacancy.

*Per Curiam.* Plaintiffs have petitioned for rehearing
contesting the holding that they must pay interest in
order to redeem. Main reliance is upon the theory that,
by the amendments made by S.L. 1931, c. 137, the legis--
lature adopted the usury statute of the State of Washing-
ton, with only minor variations, and upon the further

proposition that the State also borrowed the construction previously put upon the Washington statute. If so, *Vanasse* v. *Esterman,* 147 Wash. 300, 265 Pac. 738, decided in 1928, is clearly in point in support of the conclusion reached in our opinion. Petitioner cites the subsequent case of *Trautman* v. *Spokane Sec. Finance Corp.,* 163 Wash. 585, 1 P.2d 867, and contends it is still good law in Washington in view of the treatment of that case in *Goodwin Co.* v. *National Discount Corp.,* 5 Wash. 2d 521, 102 P.2d 805, cited in our opinion. However that may be, *Trautman* was decided after the 1931 statute took effect here.

The subject matter of the petition having been fully considered by the court in its opinion, the petition is denied without argument. Wirtz, J., who dissented from the majority in the original opinion, finds no merit in the petition and joins with the majority in its denial without retreating from the position taken in the dissent.

*R. G. Dodge* (*Heen, Kai & Dodge* of counsel), for the petition.